NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**T.F.H. PUBLICATIONS, INC.,**
*Plaintiff-Appellant,*

**v.**

**DOSKOCIL MANUFACTURING COMPANY, INC.,**
*Defendant-Appellee.*

———————————

2013-1030

———————————

Appeal from the United States District Court for the District of New Jersey in No. 08-CV-4805, Judge Freda L. Wolfson.

———————————

**JUDGMENT**

———————————

RUSSELL S. BURNSIDE, Greenberg, Dauber, Epstein & Tucker, P.C., of Newark, New Jersey, argued for plaintiff-appellant.

GREGORY S. TAMKIN, Dorsey & Whitney, LLP, of Denver, Colorado, argued for defendant-appellee.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and WALLACH, *Circuit Judge*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 5, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |